## (February 8, 1978)

■ In the Matter of ISRAEL RUIZ, JR., Appellant, v ALICE SACHS et al., Constituting the Board of Elections of the City of New York, Respondents, and DIANA SANCHEZ et al., Respondents.—Judgment, Supreme Court, Bronx County, entered on February 6, 1978, unanimously reversed, on the law and on the facts, without costs and without disbursements, and the petition validated. We find that there has been substantial compliance with subdivision 2 of section 6-140 of the Election Law. Concur—Murphy, P. J., Birns, Evans and Sullivan, JJ.

■ MARTA RIVERA et al., Respondents, v ELRCI A. EASTMAN et al., Constituting the Board of Elections of the City of New York, Respondents, and RAMON S. VELEZ, Appellant.—Appeal from judgment, Supreme Court, Bronx County, entered on February 6, 1978, unanimously dismissed, without costs and without disbursements. There is no jurisdictional basis in the record to predicate an appeal. If, however, we were to reach the merits, we would in any event affirm on the questions briefed. In view of the foregoing, the motion presently before us for omnibus relief is denied. Concur—Murphy, P. J., Birns, Evans and Sullivan, JJ.